**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02145-REB-BNB

CELSO SANTOS SIRIO,

      Plaintiff,

v.

JOER LOPEZ, an individual, and as a City of Dacono Police Officer, and
GREGG LOTSPEICH, an individual, and as a City of Dacono Police Officer,

      Defendants.

---

**DISMISSAL OF CLAIMS AGAINST
DEFENDANT JOER LOPEZ**

---

**Blackburn, J.**

On April 25, 2006, the parties filed a **Stipulation for Dismissal With Prejudice of Claims Against Joer Lopez** [#48]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and plaintiff's claims defendant, Joer Lopez in his individual capacity and his official capacity as a City of Decono Police Officer, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice of Claims Against Joer Lopez** [#48] filed on April 25, 2006, **IS APPROVED**;

2. That plaintiff's claims against defendant, Joer Lopez in his individual capacity and his official capacity as a City of Decono Police Officer, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That defendant Joer Lopez is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 26, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**