**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02145-REB-BNB

CELSO SANTOS SIRIO,

    Plaintiff,

v.

GREGG LOTSPEICH, an individual, and as a City of Dacono Police Officer,

    Defendant.

---

MINUTE ORDER[1]

---

    The Motion to Submit Additional Exhibit for Consideration With Brief in Support of Motion for Summary Judgment [#70], filed July 26, 2006, is GRANTED and the affidavit of Ms. Patricia Davis is accepted as an additional exhibit to the brief in support of the motion for summary judgment.

Dated:  July 27, 2006

-----------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.